DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PEREZ

No. 12P82.

Case below: 55 N.C. App. 92.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

STATE v. POLLOCK

No. 217P82.

Case below: 56 N.C. App. 257.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 May 1982.

STATE v. QUILLIAMS

No. 98P82.

Case below: 55 N.C. App. 349.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.

STATE v. RANKIN

No. 129P82.

Case below: 55 N.C. App. 478.

Peittion by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 May 1982.

STATE v. REYNOLDS

No. 85P82.

Case below: 56 N.C. App. 257.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.